Submitted December 7, 2012, reversed February 13, 2013

In the Matter of P. J. H.,
Alleged to be a Mentally Ill Person.
STATE OF OREGON,
*Respondent*,

*v.*

P. J. H.,
*Appellant.*

Clackamas County Circuit Court
M1112048; A150564

296 P3d 663

Gay Canaday filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Inge D. Wells, Senior Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Sercombe, Judge, and Hadlock, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of the trial court's judgment committing her as a mentally ill person for a period not to exceed 180 days. ORS 426.130. She contends that the trial court erred in concluding that she is unable to care for her basic needs as the result of a mental disorder. *See* ORS 426.005(1)(e). The state concedes that the record does not contain legally sufficient evidence to support the involuntary commitment and that the trial court's judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.